THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE J. MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>Defendant. | CASE NO. C11-1236-JCC<br><br>ORDER |

The Court, after careful consideration of Plaintiff's Complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, orders as follows:

1) The Court adopts the Report and Recommendation.
2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.
3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//
//
//

ORDER
PAGE - 1

1   DATED this 7th day of June 2012.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2